# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Mosdos Chofetz Chaim Inc.                                    Bankruptcy Case No.: 12–23616–rdd

Yeshiva Chofetz Chaim Inc.
Mayer Zaks derivatively on behalf of Yeshiva Chofetz Chaim Inc.
Sima Weintraub derivatively on behalf of Yeshiva Chofetz Chaim Inc.
Solomon Stein derivatively on behalf of Yeshiva Chofetz Chaim Inc.
Ronald Smith derivatively on behalf of Yeshiva Chofetz Chaim Inc.
82 Highview LLC

                                        Plaintiff(s),

–against–                                                           Adversary Proceeding No. 21–07033–rdd

Yeshiva Chofetz Chaim Inc.
Arnav Industries Inc. Profit Sharing Plan and Trust
Aryeh Zaks
Beatrice Waldman Zaks
Henoch Zaks
Gittel Layosh Zaks

                                        Defendant(s)

## NOTICE OF PRE–TRIAL CONFERENCE FOR A REMOVED MATTER

On July 28, 2021, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre–trial conference for this adversary proceeding will be held on 10/18/21 at 10:00 AM in Courtroom Contact chambers for Zoom Meeting ID, and Password, RDD Zoom Videoconference.


Dated: July 29, 2021                              /s/ Vito Genna
                                                  _____
                                                  *Clerk of the Court*