# SAVAD CHURGIN
**ATTORNEYS AT LAW**

| | |
|---|---|
| Paul Savad (1941-2020) | 55 OLD TURNPIKE ROAD – SUITE 209 |
| Joseph A. Churgin | (Rt. 59 & THRUWAY EXIT 14) |
| | NANUET, NEW YORK 10954 |
| **Of Counsel** | |
| Susan Cooper | (845) 624-3820 |
| Donna Sobel | Fax: (845) 624-3821 |
| Mark F. Goodfriend | |

August 3, 2021                                                                                                         *Via ECF*

Hon. Robert D. Drain, USBJ
United States Bankruptcy Court, Southern District
300 Quarropas Street
White Plains, NY 10601-4150

Re:    *Yeshiva Chofetz Chaim, Inc. v. Yeshiva Chofetz Chaim, Inc. and John Does 1-10*
          (Rockland County Index No.036178/2019)
          Adversary Proceeding No.: 21-07033-rdd

Your Honor:

We represent plaintiffs Yeshiva Chofetz Chaim, Inc., Rabbi Mayer Zaks and other interested individuals, in the above-referenced action, which was recently transferred from Rockland Supreme Court to the District Court, and further transferred to this Bankruptcy Court (*See Judge Halpern's Transfer Order attached*).

On July 21, 2021, a Motion to Remand was filed in the District Court on behalf of our clients.

We respectfully request that this Court set an *expedited* briefing schedule on the Motion to Remand.

Pursuant to the directive of Mimi Correa, Senior Case Management Specialist (USBC), we are sending to Chambers hard copies of the Motion papers via overnight courier.

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JAC/mc
cc:    Mimi Correa, Senior Case Management Specialist USBC
          Michael Levine, Esq. (via ECF)
          Rabbi Mayer Zaks